Sheri M. Thome, Esq.
Nevada Bar No. 008657
Adam McMillen, Esq.
Nevada Bar No. 10678
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com
Email: Adam.McMillen@wilsonelser.com
*Attorneys for Defendants CRP/Calida Palms Venture, LLC,
Vegas 888 Land Co, LLC, and Suzanne Baltazar*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY JACKSON, an individual; and MARIA LUZ CASTRO, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> CRP/CALIDA PALMS VENTURE, LLC, a Delaware Limited Liability Company; VEGAS 888 LAND CO, LLC, a Delaware Limited Liability Company; SUZANNE BALTAZAR, in her official and individual capacity; DOES I through 100; ROE BUSINESS ENTITIES 1 through 100, <br><br> Defendants. | Case No.  2:25-cv-01429-JAD-BNW <br><br><br> **STIPULATION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT** <br> **(First Request)** |

Plaintiffs Jeffrey Jackson and Maria Luz Castro (collectively the "Plaintiffs") and Defendants CRP/Calida Palms Venture, LLC, Vegas 888 Land Co, LLC, and Suzanne Baltazar, (collectively the "Defendants"), by and through their attorneys of record, Sheri M. Thome, Esq. of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby stipulate to enlarge the time to respond the Complaint in accordance with Fed. R. Civ. P. 6(b)(1) and LR IA 6-1(a) as follows.

/ / /

319960120v.1

-2-

1  Plaintiffs filed their Complaint on August 4, 2025. [ECF No. 1.] Defendant CRP/Calida Palms Venture LLC was served with the Complaint on August 22, 2025. [ECF No. 7.] Pursuant to Fed. R. Civ. P. 12, a response is currently due September 12, 2025. Defendant tendered to its insurance carrier, who just assigned counsel. Defendant would like time to investigate the allegations prior to responding. Plaintiffs have granted Defendant until **October 13, 2025** in which to respond. Plaintiffs are in the process of serving the other defendants, and once served, their response will also be due on **October 13, 2025**.

Under Fed. R. Civ. P. 6(b)(1) and LR IA 6-1(a) a deadline may be extended if requested prior to the deadline and good cause exists. Here, good cause exists to extend the deadline for Defendants to respond to the Complaint. Counsel for Defendants were just retained in this matter and additional time is needed to review the Complaint, assess the claims brought, and prepare an appropriate response. While counsel has been diligent in evaluating the Complaint, additional time is needed.

This is the first stipulation to extend the time for Defendants to respond to Plaintiffs' Complaint.

\\
\\
\\

319960120v.1

Counsel certifies that this request is made in good faith and not for the purposes of delay and request that it be granted by the Court.

**IT IS SO STIPULATED.**

DATED this 12th day of September, 2025.

**THE LAW OFFICE OF ANIELA SZYMANSKI**

By: */s/ Aniela Syzmanski*
Aniela Szymanski, Esq.
3765 E Sunset Rd B9
Las Vegas, NV 89120
*Attorney for Plaintiffs*

DATED this 12th day of September, 2025.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: */s/ Sheri Thome*
Sheri M. Thome, Esq.
Nevada Bar No. 008657
Adam McMillen, Esq.
Nevada Bar No. 10678
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
*Attorneys for Defendants CRP/Calida Palms Venture, LLC, Vegas 888 Land Co, LLC, and Suzanne Baltazar*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: September 15, 2025

-3-

319960120v.1